STATE of Missouri, Respondent,

v.

Samuel D. SMITH, Appellant.

No. 70946.

Supreme Court of Missouri,
En Banc.

June 19, 1990.

Rehearing Denied July 9, 1990.

Craig Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this case we affirmed judgment of conviction and sentence of death. *State v. Smith*, 781 S.W.2d 761 (Mo.banc 1989). The Supreme Court of the United States, — U.S. ——, 110 S.Ct. 1944, 109 L.Ed.2d 306 (1990), granted certiorari, vacated the judgment, and remanded for consideration in the light of *McKoy v. North Carolina*, 494 U.S. ——, 110 S.Ct. 1227, 108 L.Ed.2d 369 (1990) and *Boyde v. California*, 494 U.S. ——, 110 S.Ct. 1190, 108 L.Ed.2d 316 (1990).

After further briefing and argument, we affirm the judgment of conviction and the sentence of death in accordance with our prior opinion and our opinion in *State v. Petary*, 790 S.W.2d 243 (Mo. banc 1990) (No. 71189) decided today.

BLACKMAR, C.J., ROBERTSON, RENDLEN, HIGGINS, COVINGTON, HOLSTEIN, JJ., and GRIMM, Special Judge, concur.

BILLINGS, J., not sitting.